```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2763
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   CR. S-04-349-FCD
                                  )
12              Plaintiff,        )   STIPULATION AND ORDER
                                  )   CONTINUING STATUS CONFERENCE
13                                )
        v.                        )
14                                )
    ISIDRO MANCILLA-FIGUEROA,     )
15                                )
                Defendant.        )
16  _____)
```

17    The captioned action is currently set for a status conference
18 before the court on January 23, 2006 at 9:30 a.m.  Government
19 counsel is not available that day.  The parties agree and stipulate
20 that this status conference be continued until January 30, 2006.
21    The parties also requested that time be excluded under the
22 provisions of the Speedy Trial Act from January 23, 2006 through
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

```
 1  January 30, 2006 for continuity of counsel under Local Code T4 (18
 2  U.S.C. § 3161 (h)(8)(B)(iv)).
 3                                      McGREGOR W. SCOTT
                                        United States Attorney
 4
 5  DATED: January 11, 2006        By  /s/ Mary L. Grad
                                       MARY L. GRAD
 6                                     Assistant U.S. Attorney
 7
                                        /s/ Victor Haltom
 8                                     VICTOR HALTOM
                                       Counsel for Defendant
 9
10
         IT IS SO ORDERED.
11
12
    DATED: January 11, 2006
13
14                                     /s/ Frank C. Damrell Jr.
                                       HONORABLE FRANK C. DAMRELL JR.
15                                     United States District Judge
```