DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
ISIDRO MANCILLA-FIGUEROA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ISIDRO MANCILLA-FIGUEROA<br>　　　　　Defendant. | No. 04-349 FCD<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date:　MARCH 27, 2006<br>Time:　9:30 a.m.<br>Judge: Hon. Damrell |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Mary Grad, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant ISIDRO MANCILLA-FIGUEROA, that the status conference scheduled for March 20, 2006, be vacated and the matter be continued to this Court's criminal calendar on March 27, 2006, at 9:30 a.m, for change of plea.

　　This continuance is requested by the defense in order to permit further client consultation concerning finalization of the plea agreement and further negotiations with the prosecution regarding finalization of the plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 27, 2006 date, and that Ms. Grad has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED.**

Dated: March 17, 2006         /S/ Dina L. Santos
                              DINA L. SANTOS
                              Attorney for Defendant
                              ISIDRO MANCILLA-FIGUEROA

Dated: March 17, 2006         /S/ Mary Grad
                              Mary Grad
                              Assistant United States Attorney
                              Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

Dated: March 17, 2006         /s/ Frank C. Damrell Jr.
                              Hon. Frank C. Damrell JR.
                              United States District Judge

Stipulation and Order                2